UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-14046-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

VICKIE LYNN JOHNSON,

      Defendant.

_____/

## REPORT AND RECOMMENDATION ON
## DEFENDANT'S ADMISSIONS TO VIOLATION NUMBERS 1 AND 2

    **THIS CAUSE** came before me on April 5, 2023.  Having conducted a hearing, I recommend as follows:

    1.    A Petition for Warrant or Summons for Offender Under Supervision (the "Petition") was filed in this case on January 30, 2023.  DE 592.

    2.    The Defendant appeared before me for a hearing on April 5, 2023.  At the hearing, the Defendant admitted Violation Numbers 1 and 2, which allege that the Defendant violated a mandatory condition of supervised release by unlawfully possessing or using a controlled substance.

    3.    The possible maximum penalties faced by the Defendant were read into the record by the Government.  The Defendant stated that she understood those penalties.

    4.    I questioned the Defendant on the record and made certain that she understood her right to an evidentiary hearing.  The Defendant acknowledged that she understood her rights in that regard and further understood that if her admissions to Violation Numbers 1 and 2 are

accepted, all that will remain regarding those violations will be for the District Court to conduct a sentencing hearing for final disposition of this matter.

5.      As a factual basis, the Government alleges that on December 29, 2022 and January 17, 2023, the Defendant submitted urine specimens which tested positive for the presence of cocaine in U.S. Probation's local laboratory, and subsequently were confirmed positive by Alere Toxicology Services, Inc.   The Defendant agrees that these facts are true and the Government could prove these facts if a hearing were held in this matter.  I find that the proffered facts establish a sufficient factual basis to support the Defendant's admissions to Violation Numbers 1 and 2.

**ACCORDINGLY**, based upon the Defendant's admissions under oath, I recommend to the District Court that the Defendant be found to have violated the terms and conditions of her supervised release as set forth in Violation Numbers 1 and 2, and that a sentencing hearing be set for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Jose E. Martinez, the United States District Judge assigned to this case.  Pursuant to Federal Rule of Criminal Procedure 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 5th day of April, 2023.

SHANIEK MILLS MAYNARD
U.S. MAGISTRATE JUDGE