UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**Case Number: 15-CR-14046-MARTINEZ/MAYNARD**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VICKIE LYNN JOHNSON,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSIONS TO VIOLATION NUMBERS 1 AND 2

**THIS CAUSE** came before the Court upon Petition for Warrant or Summons for Offender Under Supervision (the "Petition") filed in this case on January 30, 2023 [ECF No: 592] before a Magistrate Judge.

**THE MATTER** was convened before Magistrate Judge Shaniek Mills Maynard on April 5, 2023 and a Report and Recommendation was filed, [ECF No: 603], recommending that the Defendant be found to have violated her supervised release with respect to Violation Numbers 1 and 2 as set forth in the Petition. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No: 603] of United States Magistrate Judge Shaniek Mills Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty on Violation Numbers 1 and 2 as set forth in the Petition,

charging her with violation of supervised release, as proffered on the record during the hearing by the Government.

Sentencing in this matter will be set on **Friday, May 12, 2023 at 11:30 a.m.** at the Wilkie D. Ferguson, United States Courthouse, 400 N. Miami Avenue, Courtroom 10-1, Miami, Florida 33128.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 20 day of April 2023.

THE HONORABLE JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Hon. Magistrate Shaniek Maynard
All Counsel of Record
U.S. Probation Office